No. 98–8119.  SALAZER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8122.  JACKSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8123.  LAWRENCE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8125.  LARSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 98–8127.  YU KIKUMURA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 98–8132.  PARKER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8133.  ARNENTEROS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–8135.  PRICE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–8137.  GERALDS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 98–8139.  EGGLESTON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 98–8140.  GRAJALES MURGA ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 98–8145.  CASTILLO *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 98–8152.  AMARAME *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–8155.  DAILEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–8156.  VEASEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8160.  CONERLY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.